| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | **EASTERN DISTRICT OF TEXAS** |

TODD SHEPPARD and § 
FRANCISCA SHEPPARD, §
　　　　　　　　　　　　　　§
　　　　Plaintiffs, §
　　　　　　　　　　　　　　§
*versus* § CIVIL ACTION NO. 1:08-CV-556
　　　　　　　　　　　　　　§
ALLSTATE TEXAS LLOYD'S, ET AL., §
　　　　　　　　　　　　　　§
　　　　Defendants. §

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The court referred this matter to the Honorable Earl S. Hines, United States Magistrate Judge, for pretrial proceedings pursuant to General Order 05-07 entered on September 30, 2008. The court has received and considered the report of the United States magistrate judge, who recommends that the court enter judgment pursuant to settlement upon receipt of closing papers from the parties.

The magistrate judge's report is hereby **ADOPTED**. The purpose of the referral having been served, it is further

**ORDERED** that the reference to the magistrate judge is **VACATED**.

SIGNED at Beaumont, Texas, this 21st day of July, 2009.

　　　　　　　　　　　　　　　　*Marcia A. Crone*
　　　　　　　　　　　　　　　　―――――――――――――――――
　　　　　　　　　　　　　　　　MARCIA A. CRONE
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE